**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-8214**

———————

STEVEN CUPP,

Plaintiff - Appellant,

v.

DUANE BROWN, Record Office Staff; CECIL NICHOLS; JOYCE
FRANCIS, Warden; DEBRA RANKIN; KUMA DEBOO; K. M. WHITE;
HARRELL WATTS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins. Robert E. Maxwell, Senior
District Judge. (2:08-cv-00060-REM-JSK)

———————

Submitted: July 27, 2010          Decided: August 4, 2010

———————

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Steven Cupp, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Cupp appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cupp v. Brown, No. 2:08-cv-00060-REM-JSK (N.D.W. Va. Nov. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED